UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ADESOLA BADON, on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>NATIONAL ID RECOVERY, LLC, et al.,<br><br>      Defendants. | CIVIL ACTION<br>NO. 1:12-CV-2207-RLV |

O R D E R

Having considered the plaintiff's motion to dismiss his claims with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(2), the court GRANTS the plaintiff's motion to dismiss [Doc. No. 37]. All of the plaintiff's remaining claims are dismissed and each party shall bear its own attorney's fees and costs.

SO ORDERED, this 11th day of July, 2013.

_____
ROBERT L. VINING, JR.
Senior United States District Judge